UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ROY DEAN GRACE,<br><br>           Defendant. | **O R D E R**<br><br>2:96-CR-75-PMP-LRL |

The Defendant has filed a Motion Pursuant to 18 USC 3582(c)(2), Crack Cocaine Offense Level Reduction Amendment [227]. Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment on the basis of a conflict no later than five (5) judicial days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall distribute a copy of the document filed by the Defendant to the Federal Public Defender, the United States Attorney and the U.S. Probation Office forthwith.

**IT IS FURTHER ORDERED** that the Probation Office shall prepare a Supplemental Presentence Report, which, if the Defendant qualifies for resentencing under the new Crack Cocaine Guidelines, shall consider the Defendant's penal history and make the appropriate recalculations of the Sentencing Guidelines, which shall be served upon the Federal Public Defender, the United States Attorney and the Court.

**IT IS FURTHER ORDERED** that the Federal Public Defender shall serve any amended or supplemental motion no later than twenty-one (21) days after the date of this order unless for good cause the time is extended.

**IT IS FURTHER ORDERED** that the United States Attorney shall serve any response to the motion, or amended or supplemental, thirty-one (31) days after the date of this order unless for good cause the time is extended.

DATED: March 19, 2012.

*Philip M. Pro*

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE