UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROY DEAN GRACE,<br><br>    Defendant. | 2:96-CR-00075-PMP-LRL<br><br>**ORDER** |

For the reasons set forth in the Government's Opposition to the Motion for Retroactive Application of Sentencing Guidelines under 18 U.S.C. §3582(c)(2), filed March 21, 2012 (Doc. #229),

**IT IS ORDERED** that the Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Doc. #227) filed March 15, 2012, by Defendant Roy Dean Grace, is hereby **DENIED**.

DATED: April 9, 2012.

                                        PHILIP M. PRO
                                        United States District Judge